TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00648-CV

Gitta Stermer Milton, Appellant

v.

Samuel R. Graham, Successor Guardian, Appellee

FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY

NO. 64,961, HONORABLE GUY HERMAN, JUDGE PRESIDING 

PER CURIAM

 Appellee has filed a second motion to dismiss this appeal. Appellant filed a
response to appellee's second motion to dismiss and asserts that she no longer desires to pursue
an appeal of this cause. 

 Appellee's second motion to dismiss is granted and appellee's first motion to
dismiss is dismissed. The appeal is dismissed.

Before Justices Powers, Aboussie and Kidd

Dismissed on Appellee's Motion

Filed: November 5, 1998

Do Not Publish